USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENITO HERNANDEZ FERNANDEZ,
*individually and on behalf of others similarly situated*,

                                    Plaintiff,

                 -against-

CITY SANDWHICH NYC, LLC (D/B/A CITY SANDWICH), EAT GOOD FEEL GOOD INC. (D/B/A/ CITY SANDWICH), KARIMA ZIZOUNE, and ADAM DOE,

                                   Defendants.
------------------------------------------------------------X

20-cv-8414 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 8, 2020, Plaintiff filed a complaint in this action (Dkt. 1);

WHEREAS on March 15, 2021, this case was referred to mediation pursuant to Local Civil Rule 83.9 (Dkt. 22);

WHEREAS according to the public docket, a mediation conference was scheduled for May 11, 2021, but the mediation conference was not held; and

WHEREAS no further updates concerning mediation appear on the public docket;

IT IS HEREBY ORDERED that no later than **July 8, 2021**, the parties must file a joint letter updating the Court on the status of this case.

**SO ORDERED.**

Date: July 1, 2021
      New York, New York

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**